ACCEPTED
03-13-00285-CV
3630264
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 2:31:59 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00285-CV

---

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 2:31:59 PM
JEFFREY D. KYLE
Clerk

---

### Texas Comptroller of Public Accounts,
### Appellant,

### v.

### Walker Electric Company, LLC; Walker's Electric Company; Walkers Electric Company; Calvin G. Walker; and Stacy Walker Appellees.

---

### From the District Court of Travis County
### 126th Judicial District Court, No. D-1-GN-12-003613
### Honorable Rhonda Hurley, Judge Presiding

### APPELLEES' MOTION TO EXTEND TIME TO FILE
### <u>MOTION FOR REHEARING</u>

TO THE HONORABLE COURT OF APPEALS:

Appellees, Walker Electric, Company, LLC, Walker's Electric Company, Walkers Electric Company, Calvin G. Walker, and Stacy Walker ("Walker Electric"), hereby file their extension of time to file their motion for rehearing, and respectfully show the Court the following:

1.      Appellees' Motion for Rehearing is due to be filed with this court on or before December 31, 2014.

AUS-6045954-1 6060904/1

2.     Appellees request an additional time of thirty (30) days, or until February 1, 2015, in which to file their Motion for Rehearing.

3.     This extension is needed because Ace Pickens, lead counsel for Appellees, recently had an unexpected illness which required hospitalization, and has not been able to return to work.

4.     Attempts to contact counsel for Appellant have been unsuccessful; therefore, I do not know if this motion is opposed or unopposed.

5.     This is Appellees' second request for an extension of time to file their Motion for Rehearing.  This request is not sought solely for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellees request that this Court grant their Motion for Extension of Time to file its Motion for Rehearing.

2

Respectfully submitted,

Ace Pickens of
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, TX  76701
Telephone: (512) 479-9709
Facsimile:  (512) 479-1101
Email:  ace.pickens@huschblackwell.com


By: /s/ Ace Pickens
    Ace Pickens
    TSB No. 15972000
    ATTORNEYS FOR APPELLEES


## CERTIFICATE OF CONFERENCE

The undersigned has attempted to contact Kristofer S. Monsor, Counsel for Appellant, and has not received a return call.

/s/ Ace Pickens
Ace Pickens

AUS-6045954-1 6060904/1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I forwarded a copy of the foregoing Motion to Extend Time to File Appellees' Motion for Rehearing to the attorney for the parties, by the method indicated next to his name, on this 31st day of December, 2014

Kristofer S. Monson            VIA EMAIL and MAIL
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Kristofer.monson@oag.state.tx.us


/s/ Ace Pickens
Ace Pickens

AUS-6045954-1 6060904/1